JACK G. ANGARAN, ESQ., SBN: 711
MARY ANN LEBRUN, ESQ., SBN: 12427
GEORGESON ANGARAN, CHTD.
5450 Longley Lane
Reno, Nevada  89511
775.827.6440
775.827.9256
jack@renotahoelaw.com
mary-ann@renotahoelaw.com

Attorneys for Plaintiff,
SENECA INSURANCE COMPANY, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SENECA INSURANCE COMPANY, INC.<br><br>Plaintiffs,<br><br>vs.<br><br>STRANGE LAND, INC. and U.S. BANK, N.A.; and DOES 1-10, Inclusive,<br><br>Defendants. | Case No.:  3:14-CV-00381-LRH-WGC<br><br>**SENECA INSURANCE COMPANY, INC.'S CERTIFICATE REQUIRED BY LR 7.1-1** |

Pursuant to LR 7.1-1, the undersigned counsel of record for Plaintiff SENECA INSURANCE COMPANY, INC. certifies that the following have an interest in the outcome of this case: SENECA INSURANCE COMPANY, INC is one of the Crum & Forster Companies, which are owned by Fairfax Financial Holdings Ltd, whose companies include those on the attached list.

These representations are made to enable the judge of the court to evaluate possible disqualifications or recusal.

DATED:  July 31, 2014.

GEORGESON ANGARAN, CHTD.

By:_____
JACK G. ANGARAN, ESQ., SBN 711
MARY ANN LEBRUN, ESQ. SBN: 12427
Attorneys for Plaintiff,
SENECA INSURANCE COMPANY, INC.


GEORGESON ANGARAN

- 1 -

## Corporate Structures – *Continued*

| AMB# | COMPANY | DOMICILE | % OWN |
|---|---|---|---|
| 050016 | *Everest Reins Holdings Inc* | DE | 100.00 |
| 059185 | *Everest Re Capital Trust II* | Bermuda | 100.00 |
| 003519 | Everest Reinsurance Company | DE | 100.00 |
| 012096 | Everest Indemnity Insurance Co | DE | 100.00 |
| 002799 | Everest National Insurance Co | DE | 100.00 |
| 011197 | Everest Security Insurance Co | GA | 100.00 |
| 003777 | Mt McKinley Insurance Company | DE | 100.00 |
| **004351** | **EVERETT CASH MUTUAL INS CO** | | |
| 012427 | 1st Choice Auto Insurance Co | PA | 100.00 |
| 004757 | Ever-Greene Mutual Ins Co | PA | |
| 013572 | Farmers Mutual Aid Association | IN | |
| **030657** | **EVERGREEN INTERNATIONAL S.A.** | | |
| 073684 | Evergreen Reinsurance Co, Ltd. | Bermuda | 81.00 |
| **050710** | **EXXON MOBIL CORPORATION** | | |
| 058000 | *Exxon Overseas Corporation* | DE | 100.00 |
| 051219 | *Exxon Equity Holding Company* | | 100.00 |
| 085810 | Ancon Insurance Company, Inc | VT | 100.00 |
| 000769 | Petroleum Casualty Company | TX | 100.00 |
| **004067** | **FACTORY MUTUAL INSURANCE CO** | | |
| 086513 | FM Insurance Company Limited | United Kingdom | 100.00 |
| 090761 | FM Global de Mexico SA de CV | Mexico | 100.00 |
| 050323 | *FMIC Holdings Inc* | RI | 100.00 |
| 000103 | Affiliated FM Insurance Co | RI | 100.00 |
| 002345 | Appalachian Insurance Co | RI | 100.00 |
| 057600 | Risk Engineering Ins Co Ltd | Bermuda | 100.00 |
| 072850 | New Providence Mutual Limited | Bermuda | 100.00 |
| 071143 | Watch Hill Insurance Company | VT | 100.00 |
| **058364** | **FAIRFAX FINANCIAL HOLDINGS LTD** | | |
| 055732 | *3077446 Nova Scotia Company* | Canada | 100.00 |
| 051178 | *Northbridge Financial Corp* | Canada | 23.30 |
| 055923 | *Advent Capital Hldgs PLC* | United Kingdom | 33.46 |
| 090118 | *Advent Re Hldgs Limited* | Bermuda | 100.00 |
| 090117 | Advent Re Limited | Bermuda | 100.00 |
| 086437 | CRC Reinsurance Ltd | Barbados | 100.00 |
| 051178 | *Northbridge Financial Corp* | Canada | 1.45 |
| 050222 | *FFHL Group Ltd* | Canada | 100.00 |
| 073729 | *Fairfax (Barbados) Intl Corp* | Barbados | 100.00 |
| 088844 | Fairfax Asia Limited | Barbados | 82.56 |
| 055735 | *FAL Corporation* | Mauritius | 100.00 |
| 052999 | ANT Success Company Limited | Thailand | 49.00 |
| 089398 | Falcon Insurance Company Ltd | Thailand | 31.90 |
| 086881 | Falcon Insurance Co (HK) Ltd | Hong Kong | 100.00 |
| 086959 | Falcon (1998) Company Ltd | Hong Kong | 100.00 |
| 089433 | First Capital Insurance Ltd | Singapore | 97.70 |
| 089145 | The Pacific Insurance Berhad | Malaysia | 100.00 |
| 050650 | nSpire Re Limited | Ireland | 100.00 |
| 086298 | Wentworth Insurance Co Ltd | Barbados | 100.00 |
| 050223 | *Fairfax (US) Inc.* | DE | 100.00 |
| 050224 | *Crum & Forster Holdings Corp* | DE | 100.00 |
| 032380 | *American Management Corp* | AR | 100.00 |
| 000163 | American Underwriters Ins Co | AR | 100.00 |
| 075891 | AMC Re Inc | AR | 100.00 |
| 001944 | Crum & Forster Indemnity Co | DE | 100.00 |
| 001886 | Crum and Forster Ins Co | NJ | 100.00 |
| 058372 | *First Mercury Financial Corp* | DE | 100.00 |
| 011883 | First Mercury Insurance Co | IL | 100.00 |
| 002135 | North River Insurance Company | NJ | 100.00 |
| 000324 | Seneca Insurance Company Inc | NY | 100.00 |
| 012258 | Seneca Specialty Ins Co | AZ | 100.00 |
| 002136 | United States Fire Ins Co | DE | 100.00 |
| 011123 | Crum & Forster Specialty Ins | AZ | 100.00 |
| 050722 | *Odyssey Re Holdings Corp.* | DE | 9.67 |
| 050077 | *TRG Holding Corporation* | DE | 5.16 |
| 058712 | Zenith National Ins Corp. | CA | 1.94 |
| 050722 | *Odyssey Re Holdings Corp.* | DE | 31.84 |
| 058474 | *TIG Holdings, Inc* | DE | 100.00 |
| 055739 | *TIG Holdings 1, Inc.* | DE | 100.00 |
| 055731 | *TIG Holdings 2, Inc.* | DE | 100.00 |
| 072340 | TIG (Bermuda) Ltd | Bermuda | 100.00 |
| 050226 | *TIG Insurance Group* | CA | 100.00 |
| 003083 | Clearwater Insurance Co | DE | 100.00 |
| 050077 | *TRG Holding Corporation* | DE | 47.42 |
| 050078 | *Resolution Group Inc* | DE | 100.00 |
| 055738 | *Resolution Reins Serv Corp* | DE | 100.00 |
| 072857 | St John's Insurance Co Ltd | Bermuda | 100.00 |
| 050722 | *Odyssey Re Holdings Corp.* | DE | 37.24 |
| 000539 | Odyssey Reinsurance Company | CT | 100.00 |
| 055027 | Clearwater Select Insurance Co | DE | 100.00 |
| 088844 | Fairfax Asia Limited | Barbados | 17.44 |
| 003081 | Hudson Insurance Company | DE | 100.00 |
| 012631 | Hudson Specialty Ins Co | NY | 100.00 |
| 014995 | Hudson Excess Insurance Co | DE | 100.00 |
| 055736 | *Newline Holdings UK Limited* | United Kingdom | 100.00 |
| 092206 | Newline Australia Ins Pty Ltd | Australia | 100.00 |
| 078187 | Newline Insurance Company Ltd | United Kingdom | 100.00 |
| 002507 | TIG Insurance Company | CA | 100.00 |
| 051176 | *Fairmont Specialty Group* | CA | 100.00 |
| 002504 | Fairmont Premier Insurance Co | CA | 100.00 |
| 004293 | Fairmont Insurance Company | CA | 100.00 |
| 003118 | Fairmont Specialty Ins Co | CA | 100.00 |
| 000247 | General Fidelity Insurance Co | SC | 100.00 |
| 050722 | *Odyssey Re Holdings Corp.* | DE | |
| 058550 | *Valiant Insurance Group, LLC* | DE | 100.00 |
| 013838 | Valiant Insurance Company | DE | 100.00 |
| 013973 | Valiant Specialty Insurance Co | DE | 100.00 |
| 050077 | *TRG Holding Corporation* | DE | |
| 050077 | *TRG Holding Corporation* | DE | |
| 050077 | *TRG Holding Corporation* | DE | |
| 058712 | Zenith National Ins Corp. | CA | |
| 000984 | Zenith Insurance Company | CA | |
| 000776 | ZNAT Insurance Company | CA | 100.00 |
| 050229 | *FFH Financial Holding SA* | Luxembourg | 100.00 |
| 052613 | *Fairfax Luxembourg Hldgs Sarl* | Luxembourg | 100.00 |
| 050244 | *RiverStone Holdings Ltd* | United Kingdom | |
| 085660 | RiverStone Insurance (UK) Ltd | United Kingdom | 100.00 |
| 086954 | RiverStone Insurance Limited | United Kingdom | 100.00 |
| 051178 | *Northbridge Financial Corp* | Canada | 25.00 |
| 085503 | Federated Insurance Co Canada | Canada | 100.00 |
| 085767 | Northbridge Com'l Ins Corp | Canada | 100.00 |
| 085732 | Northbridge General Ins Corp. | Canada | 100.00 |
| 085738 | Northbridge Personal Ins Corp. | Canada | 100.00 |
| 087124 | Zenith Insurance Company | Canada | 100.00 |
| 085730 | Northbridge Indemnity Ins Corp | Canada | 100.00 |
| 011766 | Commonwealth Insurance Co Amer | WA | 100.00 |
| 051178 | *Northbridge Financial Corp* | Canada | 19.2 |
| 089013 | Polskie Towarzystwo Reasekurac | Poland | 100.00 |
| **059463** | **FALCON INSURANCE GROUP LLC** | | |
| 014409 | Falcon Insurance Company | IL | 100.00 |
| **051819** | **FAMHILL INVESTMENTS LTD** | | |
| 051820 | *Harvard Developments Inc* | Canada | 100.00 |
| 085805 | Western Surety Company | Canada | 61.0 |
| **052562** | **FARM BUREAU MUTUAL HOLDING CO** | | |
| 052601 | *Farm Bureau Multi-State Svcs* | | 100.00 |
| 000354 | Farm Bureau Prop & Cas Ins Co | IA | 100.00 |
| 003600 | Western Agricultural Ins Co | IA | 99.9 |
| **000355** | **FARM BUREAU MUTUAL INS OF ID** | | |
| 051551 | *Farm Bureau Finance Company* | ID | 57.8 |
| 002679 | Western Community Ins Co | ID | 96.7 |
| **002010** | **FARMERS ALLIANCE MUTUAL INS CO** | | |
| 003048 | Alliance Insurance Co Inc | KS | 100.00 |
| 003666 | Alliance Indemnity Company | KS | 100.00 |
| **000725** | **FARMERS & MECHANICS MUT OF WV** | | |
| 013591 | Farmers and Mechanics F&C Ins | WV | 100.00 |
| **002395** | **FARMERS AUTOMOBILE INS ASSN** | | |
| 002396 | Pekin Insurance Company | IL | 100.00 |
| 006901 | Pekin Life Ins Co | IL | 7.41 |
| 006901 | Pekin Life Ins Co | IL | 70.52 |
| 009525 | Pekin Financial Life Ins Co | AZ | 100.00 |
| **000372** | **FARMERS MUTUAL HAIL INS OF IA** | | |
| 014392 | Farmers Union Co-Op Ins Co Inc | IA | 100.00 |
| 014234 | FMH Insurance Company | IA | 100.00 |
| **050127** | **FCCI MUTUAL INS HOLDING CO** | | |
| 050128 | *FCCI Group Inc* | | 100.00 |
| 011257 | FCCI Insurance Company | FL | 100.00 |
| 050129 | *FCCI Insurance Group Inc* | FL | 100.00 |
| 012306 | Brierfield Insurance Company | MS | 80.00 |
| 013762 | FCCI Advantage Ins Co | FL | 100.00 |
| 010836 | FCCI Commercial Insurance Co | FL | 100.00 |
| 003689 | Monroe Guaranty Insurance Co | IN | 100.00 |
| 000719 | National Trust Insurance Co | IN | 100.00 |
| **053023** | **FCFI ACQUISITION LLC** | | |
| 053022 | *AGF Holding, Inc* | NY | 80.00 |
| 050385 | *Springleaf Finance Inc.* | IN | 100.00 |
| 050386 | *Springleaf Finance Corp.* | IN | 100.00 |
| 006703 | Merit Life Insurance Co | IN | 100.00 |
| 003222 | Yosemite Insurance Company | IN | 100.00 |
| **058178** | **FEDERAL NATIONAL HOLDING CO** | | |
| 000711 | Federated National Ins Co | FL | 100.00 |
| **000384** | **FEDERATED MUTUAL INS CO** | | |
| 006381 | Federated Life Ins Co | MN | 100.00 |
| 004273 | Federated Service Ins Co | MN | 100.00 |
| **055905** | **FENELON VENTURES LLC** | | |
| 055906 | *Sunshine State Ins Hldg Corp* | FL | 100.00 |
| 055904 | *Sunshine State Holding Corp* | FL | 100.00 |
| 012117 | Sunshine State Ins Co | FL | 100.00 |
| **053045** | **FENIST, LLC** | | |
| 058333 | *Bancinsurance Corporation* | OH | 100.00 |
| 004813 | Ohio Indemnity Company | OH | 100.00 |
| **051877** | **FFH HOSPITALS TRUST** | | |
| 000157 | Hospitals Insurance Co, Inc. | NY | 100.00 |