Vernon E. Leverty, Esq., Nevada Bar No. 1266
Patrick R. Leverty, Esq., Nevada Bar No. 8840
William R. Ginn, Esq., Nevada Bar No. 6989
LEVERTY & ASSOCIATES LAW CHTD.
832 Willow Street
Reno, Nevada 89502
Ph: (775) 322-6636 • Fax: (775) 322-3953
*Attorneys for Defendant Strange Land, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

SENECA INSURANCE COMPANY, INC.

    Plaintiff,

v.

STRANGE LAND, INC. and U.S. BANK, N.A.; and DOES 1-10, Inclusive

    Defendants.
_____/

CASE NO.   3:14-cv-00381-LRH-WGC

**CERTIFICATE OF INTERESTED PARTIES**

    Defendant Strange Land, Inc., by and through its undersigned counsel, certifies that, in addition to the named parties in the caption, there are no known persons or entities interested, or potentially interested, who may have claims for damages as a result of the matters complained of in the Complaint, and who may therefore have an interest in the outcome of this case. These presentations are made to enable judges of the Court to evaluate possible disqualifications or recusal.

    DATED: This 15th day of August, 2014.

                                  **LEVERTY & ASSOCIATES LAW, CHTD.**

                                  */S/ William R. Ginn*
                                  Vernon E. Leverty, Esq., NV Bar No. 1266
                                  William R. Ginn, Esq., NV Bar No. 6989
                                  832 Willow Street
                                  Reno, Nevada 89502
                                  Ph: (775) 322-6636 • Fax: (775) 322-3953
                                  Attorneys for Defendant Strange Land, Inc.

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record, including the following:

| |
|---|
| Jack G. Angaran, Esq.<br>Mary Ann Lebrun, Esq.<br>Georgeson Angaran, Chtd.<br>5450 Longley Lane<br>Reno, NV 89511 |

DATED: This 15th day of August, 2014.

/S/ *William R. Ginn*
William R. Ginn

2