George C. Lazar
Nev. Bar No. 6030
525 "B" Street, Suite 1500
San Diego, California 92101
Tel:    877.272.3734
Fax:    877.227.0150
Email: glazar@foxjohns.com

Attorney for Defendant U.S. Bank
National Association

Counsel Designated for Service of
Papers Per LR 10-1(b)

Larry C. Johns
LAW OFFICE OF LARRY C. JOHNS
3017 W. Charleston Blvd., Suite 30
Las Vegas Nevada 89102

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA, NORTHERN DIVISION

| | |
|---|---|
| SENECA INSURANCE COMPANY, INC. | CASE NO. 3:14-cv-00381-LRH-WGC |
| Plaintiff | |
| vs. | DISCLOSURE PURSUANT TO RULE 7.1 |
| STRANGE LAND, INC. and U.S. BANK, N.A.; AND DOES 1- 10, inclusive, | |
| Defendants | |

U.S. Bank National Association, which is the fifth largest commercial bank in the United States, is a wholly-owned subsidiary of U.S. Bancorp, which is listed on the New York Stock Exchange.

DATED: September 15, 2014            /s/ George C. Lazar
                                      George C. Lazar, Attorney for U.S. Bank
                                      NV Bar No. 6030
                                      525 B Street, Suite 1500
                                      San Diego, California 92101
                                      Tel:    877-272-3734
                                      Fax:    877-227-0150

CERTIFICATE OF SERVICE

I, George C. Lazar, certify as follows:

    I certify that on the date this certificate is executed, I electronically filed the attached document with the Court's CM/ECF system and that based upon the CM/ECF system, notice of electronic filing was to be disbursed to the following:

Jack G. Angaran
jack@renotahoelaw.com,sherie@renotahoelaw.com

William Ginn
bill@levertylaw.com,wr.ginn@gmail.com,kathie@levertylaw.com

Mary-Ann S LeBrun
mary-ann@renotahoelaw.com,sherie@renotahoelaw.com

Patrick R. Leverty
pat@levertylaw.com,staff@levertylaw.com,patleverty@gmail.com

Vernon E. Leverty
gene@levertylaw.com

In addition, a copy was mailed by first class mail to:

Kenneth R. Maguire
Ken Maguire & Associates, PLLC
950 Franklin Avenue
Ste 101
Garden City, NY 11530

DATED: September 15, 2014             /s/ George C. Lazar

                                                  George C. Lazar, Attorney for U.S. Bank