1  KENNETH R. MAGUIRE, ESQ., Pro Hac Vice
   KEN MAGUIRE & ASSOCIATES, PLLC
2  3366 Park Ave
   Wantagh, New York 11530
3  (516) 228-8400
4
   RICHARD I. DREITZER, ESQ., SBN: 6626
5  WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
   300 S. Fourth Street, 11th Floor
6  Las Vegas, Nevada 89117
   Tel: 702.727.1400/Fax: 702.727.1401
7  Richard.dreitzer@wilsonelser.com
8  *Attorneys for Seneca Insurance Company, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SENECA INSURANCE COMPANY, INC. | Case No. 3:14-cv-00381-MMD-WGC |
| Plaintiff, | **JOINT STATUS REPORT** |
| vs. | |
| STRANGE LAND, INC., | |
| Defendant. | |

Pursuant to this Court's Minute Order in Chambers (Docket #117), the parties to this action, Seneca Insurance Company, Inc., by and through its counsel of record, Kenneth R. Maguire, Esq. of the law firm of Ken Maguire & Associates, PLLC and Richard I. Dreitzer, Esq. of the law firm of Wilson Elser Moskowitz Edelman & Dicker, LLP, U.S. Bank, N.A., by and through its counsel of record, George C. Lazar, Esq. and Strange Land, Inc., by and through its attorney of record, Kevin R. Karp, Esq., hereby provide this Court with a Joint Status Report regarding the previously submitted Stipulation and Order to Extend time for Seneca Insurance Company, Inc. to File its Response to U.S. Bank's Motion to Amend Answer (Docket #114), which is as follows:

On or about December 11, 2017, Seneca Insurance Company, Inc. and U.S. Bank, N.A. ("Settling Parties") reached a tentative settlement of the issues between them. As such, settlement documents are presently being drafted for review of counsel and a Motion to Confirm Good Faith Settlement is expected to be filed before this Court as well as in the state court within

- 1 -

1243991v.1

the next thirty (30) days.  Thus, by virtue of this tentative settlement, U.S. Bank, N.A. asks that the Court allow the pending motion to be held in abeyance pending the final settlement of the disputes between U.S. Bank and Seneca and that Seneca not be required to presently respond to U.S. Bank's Motion to Amend its Answer (Docket #114).  Hence, the Settling Parties respectfully request that the previously submitted stipulation to extend time for Seneca Insurance Company, Inc. to so respond, be withdrawn as moot.  In the unlikely event that the tentative settlement is not finalized however,  U.S. Bank agrees that Seneca shall have ten days to respond to the Motion to Amend (Docket #114).

Additionally, because U.S. Bank, N.A.'S Motion to Amend its Answer (Docket #114) pertains solely to issues involving Seneca Insurance Company, Inc., the Settling Parties request that Seneca Insurance Company, Inc. be relieved of any obligation to respond to said Motion, pending the resolution between the Settling Parties being finalized.

Finally, because Strange Land, Inc. is not a party to the settlement between the Settling Parties, does not have any of the details of this settlement and is not affected by U.S. Bank, N.A.'s Motion to Amend Answer (Docket #114), Strange Land Inc. takes no position as to the agreement of the Settling Parties as set forth herein.

IT IS SO STIPULATED.

DATED this 2nd day of January, 2018             DATED this 2nd day of January, 2018

KEVIN KARP LAW

/s/ Kevin Karp                                              /s/ George Lazar
Kevin Karp, Esq. (Nevada Bar No. 1082)       George C Lazar, Esq. (Nevada Bar No. 6030)
557 Washington St.                                      525 B Street, Suite 1500
Reno, NV 89503                                           San Diego, CA 92101
*Attorneys for Strange Land, Inc.*                *Attorneys for U.S. Bank, N.A.*

DATED this 2nd day of January, 2018

WILSON ELSER MOSKOWITZ EDELMAN DICKER &, LLP

/s/ Richard Dreitzer
Richard I. Dreitzer, Esq. (Nevada Bar No. 6626)
300 South Fourth Street, 11th Floor
Las Vegas, Nevada  89101
*Attorneys for Seneca Insurance Company, Inc.*

1243991v.1

Case No. 3:14-cv-00381-MMD-WGC

**ORDER**

**IT IS SO ORDERED.**

Dated this 2nd day of January, 2018.

_____
UNITED STATES MAGISTRATE JUDGE

1243991v.1