1  KENNETH R. MAGUIRE, ESQ., Pro Hac Vice
   KEN MAGUIRE & ASSOCIATES, PLLC
2  3366 Park Ave
   Wantagh, New York 11793
3  (516) 228-8400

4  RICHARD I. DREITZER, ESQ., SBN: 6626
   WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
5  300 S. Fourth Street, 11th Floor
   Las Vegas, Nevada 89117
6  Tel: 702.727.1400/Fax: 702.727.1401
   Richard.dreitzer@wilsonelser.com
7  *Attorneys for Seneca Insurance Company, Inc.*

8  **UNITED STATES DISTRICT COURT**

9  **DISTRICT OF NEVADA**

| | |
|---|---|
| SENECA INSURANCE COMPANY, INC. | Case No. 3:14-cv-00381-MMD-WGC |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE OF DEFENDANT U.S. BANK, N.A., ONLY** |
| vs. | |
| STRANGE LAND, INC., | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff SENECA INSURANCE COMPANY, INC., by and through its counsel of record, Kenneth R. Maguire, Esq. of the law firm of Ken Maguire & Associates, PLLC and Richard I. Dreitzer, Esq. of the law firm of Wilson Elser Moskowitz Edelman & Dicker, LLP, and Defendant U.S. BANK, N.A., by and through its counsel of record, George C. Lazar, Esq., that this matter be dismissed with

///

///

prejudice as to all claims for relief by and between SENECA INSURANCE COMPANY, INC., and U.S. BANK, N.A., only, including any cross-claims, with each party to bear their own attorneys' fees and costs.

DATED this 21st day of March, 2018.                DATED this 21st day of March, 2018.

WILSON ELSER MOSKOWITZ
EDELMAN DICKER &, LLP

*/s/ Richard I. Dreitzer*                                          */s/ George C. Lazar*
Richard I. Dreitzer, Esq.                                    George C Lazar, Esq.
Nevada Bar No. 6626                                        Nevada Bar No. 6030
300 South Fourth Street, 11th Floor                  525 B Street, Suite 1500
Las Vegas, Nevada 89101                                San Diego, CA 92101
*Attorneys for Seneca Insurance Company, Inc.*    *Attorneys for U.S. Bank, N.A.*

## ORDER

**IT IS SO ORDERED.**

Dated this  21st  day of March, 2018.

_____
UNITED STATES DISTRICT JUDGE

1273831v.1