1  KENNETH R. MAGUIRE, ESQ., Pro Hac Vice
   KEN MAGUIRE & ASSOCIATES, PLLC
2  3366 Park Ave
   Wantagh, New York 11530
3  (516) 228-8400

4  RICHARD I. DREITZER, ESQ., SBN: 6626
   WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
5  300 S. Fourth Street, 11th Floor
   Las Vegas, Nevada 89117
6  Tel: 702.727.1400/Fax: 702.727.1401
   Richard.dreitzer@wilsonelser.com
7  *Attorneys for Seneca Insurance Company, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SENECA INSURANCE COMPANY, INC. | Case No. 3:14-cv-00381-MMD-WGC |
| Plaintiff, | **STIPULATION AND ORDER FOR DISPOSITION BY NON-JURY TRIAL** |
| vs. | |
| STRANGE LAND, INC., | |
| Defendant. | |

Plaintiff SENECA INSURANCE COMPANY, INC., by and through its counsel of record, Kenneth R. Maguire, Esq. of the law firm of Ken Maguire & Associates, PLLC and Richard I. Dreitzer, Esq. of the law firm of Wilson Elser Moskowitz Edelman & Dicker, LLP, and Defendant STRANGE LAND, INC., by and through its counsel of record, Kevin Karp, Esq., hereby stipulate and agree as follows:

IT IS HEREBY STIPULATED AND AGREED THAT pursuant to FRCP 38(d) and FRCP 39, the respective jury demands filed by the parties are hereby withdrawn and this matter be resolved by a nonjury trial.

DATED this 21st day of March, 2018.                    DATED this 21st day of March, 2018.

WILSON ELSER MOSKOWITZ                                  KEVIN KARP LAW
EDELMAN DICKER &, LLP


*/s/ Richard I. Dreitzer*                               */s/ Kevin Karp*
Richard I. Dreitzer, Esq.                               Kevin Karp, Esq.
Nevada Bar No. 6626                                     Nevada Bar No. 1082
300 South Fourth Street, 11th Floor                     557 Washington St.
Las Vegas, Nevada 89101                                 Reno, NV 89503
*Attorneys for Seneca Insurance Company, Inc.*          *Attorneys for Strange Land, Inc.*

Case No. 3:14-cv-00381-MMD-WGC

**ORDER**

**IT IS SO ORDERED.**

Dated this  21st  day of March, 2018.

_____
UNITED STATES DISTRICT JUDGE