KENNETH R. MAGUIRE, ESQ., Pro Hac Vice
KEN MAGUIRE & ASSOCIATES, PLLC
3366 Park Ave
Wantagh, New York 11530
(516) 228-8400

RICHARD I. DREITZER, ESQ., SBN: 6626
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
300 S. Fourth Street, 11th Floor
Las Vegas, Nevada 89117
Tel: 702.727.1400/Fax: 702.727.1401
Richard.dreitzer@wilsonelser.com
*Attorneys for Seneca Insurance Company, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SENECA INSURANCE COMPANY, INC. <br><br> Plaintiff, <br><br> vs. <br><br> STRANGE LAND, INC., <br><br> Defendant. | 3:14-cv-00381-WGC <br><br> **ORDER FOR WITHDRAWAL OF STRANGE LAND, INC.'S MOTION FOR SUMMARY JUDGMENT (ECF NO. 140)** |

Plaintiff SENECA INSURANCE COMPANY, INC., by and through its counsel of record, Kenneth R. Maguire, Esq. of the law firm of Ken Maguire & Associates, PLLC and Richard I. Dreitzer, Esq. of the law firm of Wilson Elser Moskowitz Edelman & Dicker, LLP, and Defendant STRANGE LAND, INC., by and through its counsel of record, Kevin Karp, Esq., hereby stipulate and agree as follows:

///

///

///

///

///

///

///

- 1 -

1304931v.1

IT IS HEREBY STIPULATED AND AGREED THAT Defendant, STRANGE LAND, INC.'S Motion for Summary Judgment filed on April 30, 2018 (ECF No. 140), with supporting exhibits having been filed with the Court on May 1, 2018 (ECF No. 141), is withdrawn in its entirety.

DATED this 2nd day of May, 2018.

WILSON ELSER MOSKOWITZ
EDELMAN DICKER &, LLP

/s/ Richard I. Dreitzer
Richard I. Dreitzer, Esq.
Nevada Bar No. 6626
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101
*Attorneys for Seneca Insurance Company, Inc.*

DATED this 2nd day of May, 2018.

KEVIN KARP LAW

/s/ Kevin Karp
Kevin Karp, Esq.
Nevada Bar No. 1082
557 Washington St.
Reno, NV 89503
*Attorneys for Strange Land, Inc.*

### ORDER

**IT IS SO ORDERED.**

Dated this __3rd__ day of May, 2018.

_____
United States Magistrate Judge

1304931v.1